# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    TeNeka S. McDaniel,<br><br>        Debtor. | Case No. 22-11967-DJB<br><br>Chapter 13 |

### Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the Debtor.

2. The debtor filed a petition under Chapter 13 on July 28, 2022.

3. This Court previously confirmed a Chapter 13 plan that approved compensation for counsel fees in the amount of $4,725.00, less $1,000.00 paid by the Debtor pre-petition.

4. Applicant requests an award of supplemental compensation of $979.84 as listed in the modified plan that was approved on June 23, 2023 for 2.80 attorney hours ($980) expended in providing the following services (hourly rate of $350 per attorney hour):

| Work Completed | When | By Whom | Hours |
|---|---|---|---|
| Review of claim filed by IRS | 3/16/2023 | Michael I. Assad | 0.10 |
| Contact with client | Various Dates | Michael I. Assad | 0.90 |
| Drafted motion to modify plan | 5/17/2023 | Michael I. Assad | 0.30 |
| Drafted modified plan | 5/17/2023 | Michael I. Assad | 1.40 |
| Drafted fee application | 7/10/2025 | E.J. Gruber | 0.10 |

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: July 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com