# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

TeNeka S. McDaniel,

    Debtor.

Case No. 22-11967-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on July 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

U.S. Trustee
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

Kenneth E. West
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

TeNeka McDaniel
5623 Musgrave St
Philadelphia, PA 19144-1313
Method of Service: First Class Mail

Date: July 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com