# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| TeNeka McDaniel,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-11967-DJB |

## CERTIFICATION OF SERVICE

    I, Michael A. Cibik, certify that on July 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: July 11, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Synchrony Bank**
c/o AIS InfoSource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Method of Service: First Class Mail

**American Express National Bank**
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041
Method of Service: First Class Mail

**Wells Fargo Bank, N.A.**
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790
Method of Service: CM/ECF

**Philadelphia Federal Credit Union**
12800 Townsend Rd
Phila., PA 19154
Method of Service: CM/ECF

**I.R.S.**
P.O. Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail