Certificate Number: 16339-PAE-DE-039968292

Bankruptcy Case Number: 22-11967



16339-PAE-DE-039968292

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 11, 2025</u>, at <u>7:01</u> o'clock <u>PM EDT</u>, <u>Teneka McDaniel</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 11, 2025

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor