United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
TeNeka S. McDaniel  
    Debtor

Case No. 22-11967-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 14, 2025     Form ID: 138OBJ     Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TeNeka S. McDaniel, 5623 Musgrave Street, Philadelphia, PA 19144-1313 |
| 14710784 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14710796 | + | Fedloan, FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14710803 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14731979 | + | Philadelphia Federal Credit Union, C/O William J. Levant, Esquire, Kaplin Stewart Meloff Reiter & Stein, P., 910 Harvest Drive; P.O. Box 3037, Blue Bell, PA 19422-0765 |
| 14711269 | + | Philadelphia Federal Credit Union, c/o Jason Brett Schwartz, Esquire, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, Pa 19130-2085 |
| 14710806 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14711124 | + | Wells Fargo Bank, N.A., C/O Matthew K. Fissel, Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150 Charlotte, NC 28217-3977 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14711270 | + | Email/Text: bkfilings@zwickerpc.com | Aug 15 2025 00:39:00 | American Express National Bank, c/o Zwicker & Associates, 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| 14713375 | + | Email/Text: bkfilings@zwickerpc.com | Aug 15 2025 00:39:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14710779 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 00:45:10 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14710780 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 00:44:54 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14710781 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2025 00:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14715081 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2025 00:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14710787 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14710788 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14712168 | | Email/Text: megan.harper@phila.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2025 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14710782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:44:55 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14713528 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2025 00:44:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719944 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2025 00:45:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14710783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:45:25 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14710785 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:57 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14720602 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2025 00:39:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14710786 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14710789 | + | Email/Text: bankruptcy@philapark.org | Aug 15 2025 00:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14710790 | + | Email/Text: documentfiling@lciinc.com | Aug 15 2025 00:39:00 | Comcast Cable, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14710791 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14710792 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14710793 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2025 00:44:53 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14710794 | | Email/Text: bankruptcycourts@equifax.com | Aug 15 2025 00:39:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14710795 | ^ | MEBN | Aug 15 2025 00:35:32 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14710797 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2025 00:39:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14713831 | ^ | MEBN | Aug 15 2025 00:35:34 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14710798 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2025 00:45:23 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14710799 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 15 2025 00:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14710800 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 00:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14720271 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:45:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14710802 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 15 2025 00:39:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14719965 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14710524 | | Email/Text: CollectionsDept@PFCU.COM | Aug 15 2025 00:39:00 | Philadelphia Federal Credit Union, 12800 Townsend Rd, Phila.,PA 19154 |
| 14710804 | | Email/Text: CollectionsDept@PFCU.COM | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | Aug 15 2025 00:39:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14724568 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 15 2025 00:45:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14710805 | + Email/Text: bankruptcy@philapark.org | | |
| | | Aug 15 2025 00:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14710807 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Aug 15 2025 00:39:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14724359 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Aug 15 2025 00:39:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14721609 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 15 2025 00:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14726207 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 15 2025 00:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14724819 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 15 2025 00:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14724939 | ^ MEBN | | |
| | | Aug 15 2025 00:36:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14709598 | ^ MEBN | | |
| | | Aug 15 2025 00:36:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14710808 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 15 2025 00:45:25 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14710809 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 15 2025 00:45:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14710811 | Email/Text: DASPUBREC@transunion.com | | |
| | | Aug 15 2025 00:39:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14710810 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 15 2025 00:39:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14710812 | + Email/Text: accountservicing@trueaccord.com | | |
| | | Aug 15 2025 00:39:00 | True Accord, 16011 College Blvd., Suite 1340, Lenexa, KS 66219-9877 |
| 14741266 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Aug 15 2025 00:39:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14710813 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 15 2025 00:44:56 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 14711125 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 15 2025 00:45:27 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14717381 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 15 2025 00:45:27 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14723307 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Aug 15 2025 00:45:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14710814 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 15 2025 00:45:27 | Wells Fargo Home Mortgage, Attn: Written Correspondence, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

Case 22-11967-djb   Doc 100   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc
Imaged Certificate of Notice   Page 4 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 14, 2025 | Form ID: 138OBJ | Total Noticed: 63 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14710801 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor PHILADELPHIA FEDERAL CREDIT UNION bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor TeNeka S. McDaniel help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor PHILADELPHIA FEDERAL CREDIT UNION efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 99 − 98

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   TeNeka S. McDaniel )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 22−11967−djb<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2025    For The Court

Timothy B. McGrath
Clerk of Court